# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACQUELINE CHARNEY,

    Petitioner,

vs.

CITY OF LAS VEGAS,

    Respondent.

Case No. 2:18-cv-00459-JCM-PAL

**ORDER**

    Mail to petitioner has been returned (ECF No. 3). Petitioner has failed to comply with local rule LR IA 3-1, which requires her to promptly inform the court of any changes in address.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    DATED: April 4, 2018.

_____
JAMES C. MAHAN
United States District Judge